Gena L. Sluga, 147998
gsluga@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Attorneys for Plaintiff Wilshire Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Wilshire Insurance Company,<br><br>    Plaintiff,<br><br>vs.<br><br>The Estate of Lawrence A. Waconda; Waconda Livestock Carriers, LLC<br><br>    Defendants. | Case No. 1:17-cv-00911-JCH-JHR<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Wilshire Insurance Company hereby gives notice to voluntary dismiss this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 8th day of November 2017.

CHRISTIAN DICHTER & SLUGA, P.C.

By: /s/ Gena L. Sluga
Gena L. Sluga
Attorney for Plaintiff Wilshire Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

Charles Parnall
charles@parnalladams.com
Parnall & Adams Law
601 Gold Ave. SW., Suite 102
Albuquerque, NM 87102

1  Phone: (505) 600-1417
   Fax: (505) 910-4466
2  Attorneys for Defendants

3

4
   /s/ Yvonne Canez
5